FILED

DEC 3 0 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

FILED
10 O'CLOCK P M
DEC 1 2 2019
MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY _____ DEPUTY

JEANNETTE J. CLACK
CLERK OF COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
655 East Cesar E. Chavez Blvd., Rm G-65
San Antonio, Texas 78206

PHILIP J. DEVLIN
CHIEF DEPUTY

December 10, 2019

Clerk
BEXAR COUNTY DISTRICT COURT
101 W. Nueva, Suite 217
San Antonio, Texas 78205-3411

I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the Bexar County District Court pursuant to an Order entered remanding, by the Honorable Judge David Ezra. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-19-CV-1059-DAE; Ana Brilanti v. Krista Rykert.

IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 10th day of December, 2019.

Jeannette J. Clack, CLERK

BY: _____
Deputy Clerk